ALBERT RAUBER v. JOHNS–MANVILLE SALES CORP.

October 16, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. PAUL STEWART.

October 16, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. RAYMOND NELSON BURNETT.

October 16, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. GERARD THOMPSON.

October 16, 1984.

Petition for certification denied.